

*Alfred E. Jones, Jr.,* for appellant.

*John C. Gault,* with him *Candor, Youngman & Gibson,* for appellees.

OPINION PER CURIAM, May 25, 1965:
Judgment affirmed.

Ribitzki, Appellant, *v.* Jennings.

Argued April 27, 1965.   Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, **JJ.**

*Francis H. S. Ede,* for appellant.

*Edmund P. Turtzo,* for appellee.

OPINION PER CURIAM, May 25, 1965:
Decree affirmed. Costs on appellant.

### Ransom Estate.

Argued April 28, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Helen R. Bryant,* appellant, in propria persona.

*David J. Reedy, Jr.,* with him *VanDeusen, Van-Deusen & Reedy,* for appellee.

OPINION PER CURIAM, May 25, 1965:
Affirmed.
Each party to bear own costs.